UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLANWERAJU DENNIS OJO,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>MICHAEL CHERTOFF, Secretary,  )<br>Department of Homeland Security, et al.  )<br>  )<br>  Defendants.  )<br>  ) | Case Number: 1:07CV01651(HHK) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

January 4, 2008                                  Respectfully submitted,

                                                             /s/ Robin M. Meriweather
                                                        ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                                        Assistant United States Attorney
                                                        555 Fourth St., N.W.
                                                        Washington, D.C. 20530
                                                        Phone: (202) 514-7198
                                                        Fax: (202) 514-8780
                                                        Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of January, 2008, I caused the foregoing Notice to be filed and served via the Court's Electronic Case Filing system upon

**Robert L. Oswald**
BEACH-OSWALD IMMIGRATION ASSOC., P.C.
888 17th Street, NW
Suite 310
Washington, DC 20006

    /s/   *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114