UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLANWERAJU DENNIS OJO, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case Number: 1:07CV01651(HHK)<br>) |
| MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security, <u>et al.</u> | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Defendants, by and through their undersigned attorneys, respectfully move pursuant to Federal Rule of Civil Procedure 6(b) that the Court grant Defendants a 28-day enlargement of time to answer Plaintiffs' Complaint, making Defendants' Answer due February 1, 2008. Defendants were served November 5, 2007, making Defendants' answer currently due January 4, 2008. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff to obtain Plaintiff's position on this motion. Counsel for Plaintiff stated that Plaintiff takes no position on this enlargement.

This is a mandamus case in which Plaintiff alleges that Defendants have failed to transmit his notice of appeal of the revocation of his I-130 petition for alien relative to the Board of Immigration Appeals ("BIA"). Defendants wish to respond to the complaint expeditiously. However, to prepare Defendants' answer or otherwise respond to the complaint, the undersigned must consult with counsel at the Defendant agencies concerning Plaintiff's factual allegations and legal issues relevant to any defense Defendants may raise. The undersigned Assistant United States Attorney has made a good faith effort to complete those tasks in advance of the current

deadline for filing an answer. However, counsel for Defendants needs additional time to complete that factual investigation and review of the record, and to prepare Defendants' responsive pleading. Defendants therefore request a 28-day enlargement of time in which to file an answer or otherwise respond to the complaint.

Defendants did not request this enlargement farther in advance of the deadline because the undersigned Assistant United States Attorney believed, until today, that she would be able to meet the deadline and file a dispositive motion. However, the undersigned has not yet received all of the factual materials that she needs from the agency concerning the status of the BIA appeal. Until today, the undersigned also thought it would be possible to jointly stipulate to dismiss the case in light of intervening events which should render this case moot; however, upon discussing that issue with counsel for Plaintiff, the undersigned became aware that Plaintiff does not believe that the relief sought in the complaint has been granted. That discussion with Plaintiff's counsel raised new factual issues that the undersigned must investigate and discuss with the Defendant agencies and the BIA. Therefore, as a dispositive motion will be necessary and the undersigned does not have the materials necessary to file that motion today, Defendants seek an enlargement of time in which to respond to the complaint.

Defendants have not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 28 days to answer Plaintiffs' Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: January 4, 2008                     Respectfully submitted,

   /s/   by RMM
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/   by RMM
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of January, 2008, I caused the foregoing Motion to be filed and served via the Court's Electronic Case Filing system upon:

**Robert L. Oswald**
BEACH-OSWALD IMMIGRATION ASSOC., P.C.
888 17th Street, NW
Suite 310
Washington, DC 20006


    /s/   *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLANWERAJU DENNIS OJO,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security , et al.<br><br>Defendants. | Case Number:  1:07CV01651(HHK) |

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer it is this

_____ day of _____, 2008,

ORDERED that Defendants' Motion for Extension of Time be and is hereby GRANTED.

It is further ORDERED that Defendants' answer shall be due February 1, 2008.

SO ORDERED.

_____
United States District Judge