UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLANREWAJU DENNIS OJO,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, Secretary Department of Homeland Security, et al.,<br><br>    Defendants. | Civil Action 07-01651 (HHK) (DAR) |

ORDER OF REFERENCE TO
UNITED STATES MAGISTRATE JUDGE DEBORAH ROBINSON

It is this 26th day of February 2008, hereby

**ORDERED** that "Defendants' Motion to Dismiss for Lack of Jurisdiction" [#4], filed on February 1, 2008, is hereby referred to United States Magistrate Judge Deborah A. Robinson for her Report and Recommendation pursuant to LCvR 72.3(a). Henceforth, and until this referral is terminated, ALL filings in this case shall include the initials of Magistrate Judge Robinson, "DAR," in the caption next to the initials of the undersigned Judge. *See* LCvR 5.1(f).

                    Henry H. Kennedy, Jr.
                    United States District Judge