UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLANWERAJU DENNIS OJO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, Secretary, )<br>Department of Homeland Security , et al. )<br>)<br>Defendants. )<br>)<br>) | Case Number:  1:07CV01651(HHK) |

## MOTION FOR EXTENSION OF TIME TO FILE REPLY

Defendants, by and through their undersigned attorneys, respectfully move pursuant to Federal Rule of Civil Procedure 6(b) that the Court grant Defendants a 7-day enlargement of time to file a reply memorandum in support of Defendants' Motion to Dismiss, making Defendants' Reply due March 6, 2008.  Defendants' reply currently is due February 28, 2008.  Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff on February 27, 2008 to obtain Plaintiff's position on this motion.  Counsel for Plaintiff had not responded as of the time this motion was filed.

There is good cause to grant this enlargement.  Counsel for Defendants has made a good faith effort to complete Defendants' reply in advance of the current deadline.  However, the undersigned Assistant United States Attorney has been out of the office on sick leave February 26 through February 28, 2008, due to an unanticipated health problem.  As a result, the undersigned has been unable to prepare Defendants' reply brief in a timely manner.   This modest 7-day enlargement of the deadline for Defendants' reply brief should cause no prejudice to either party.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File a Reply.

Dated: February 28, 2008             Respectfully submitted,


   /s/   by RMM
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/   by RMM
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January, 2008, I caused the foregoing Motion to be filed and served via the Court's Electronic Case Filing system upon:

**Robert L. Oswald**
BEACH-OSWALD IMMIGRATION ASSOC., P.C.
888 17th Street, NW
Suite 310
Washington, DC 20006


     /s/  *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| OLANWERAJU DENNIS OJO,               )<br>                                                                 )<br>            Plaintiff,                            )<br>                                                                 )<br>     v.                                                     )     Case Number:  1:07CV01651(HHK)<br>                                                                 )<br>MICHAEL CHERTOFF, Secretary,      )<br>Department of Homeland Security , et al.  )<br>                                                                 )<br>            Defendants.                      )<br>                                                                 )| |

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Reply it is this

_____ day of _____, 2008,

ORDERED that Defendants' Motion for Extension of Time be and is hereby GRANTED.

It is further ORDERED that Defendants' answer shall be due March 6, 2008.

SO ORDERED.

_____
United States District Judge