IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

_____
                                    )
OLANWERAJU DENNIS OJO,              )
                                    )
    Plaintiffs,                    )
                                    )
    V                              ) Case Number: 1:07CV01651(HHK-DAR)
                                    )
MICHAEL CHERTOFF, Secretary,        )
Department of Homeland Security, et al. )
                                    )
    Defendants.                    )
_____)

## PLAINTIFF'S STATUS REPORT

Plaintiff, by and through his undersigned attorney, respectfully submits the following status report on the outstanding issues in this case.

During the May 5, 2008 telephone conference, the Hon. Magistrate Judge Deborah A. Robinson ordered that the parties file a status report on or before May 28, 2008.

According to Plaintiff's records, to date, the US Citizenship and Immigration Services (CIS) has failed to transfer to the Board of Immigration Appeals (BIA) Plaintiff's Form EOIR-29, Notice of Appeal and supporting brief from the denial of his I-130 Petition.

For the foregoing reasons, the Court should grant Plaintiff's mandamus complaint and compel CIS to transfer his Notice of Appeal to the BIA without further delay.

Dated: May 27, 2008                                          Respectfully submitted,

                                                                               /s/ Robert L. Oswald
                                                                               ROBERT L. OSWALD

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of May, 2008, I caused the foregoing Plaintiff's Status Report to be filed and served via the Court's Electronic Case Filing system.

/s/ Robert L. Oswald
ROBERT L. OSWALD
*Counsel for Plaintiff*
DC Bar No. 364446
Beach-Oswald Immigration Assoc., P.C.
888 17th St. NW, Suite 310
Washington DC 20006
Tel:(202) 331-2883

2