**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| OLANWERAJU DENNIS OJO, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:07CV01651(HHK) (DAR) |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security, et al. | ) |
| Defendants. | ) |

**STATUS REPORT**

Defendants, by and through their undersigned attorneys, respectfully submit this status report in accordance with Magistrate Judge Robinson's May 5, 2008 minute order. The parties have not reached agreement regarding the issues addressed in Defendants' pending motion to dismiss the case as moot. Defendants respectfully submit that this case is moot for the reasons set forth in that motion. However, the status report filed by Plaintiff demonstrates that Plaintiff disagrees with Defendants' position on the mootness issues.

In past status conferences, Defendants informed the Court that they intended to attempt to resolve the parties' dispute by submitting a reconstructed record of proceedings and appellate brief identical to the record of proceedings and appellate brief that Defendants previously submitted to the Board of Immigration Appeals ("BIA"). That re-submission would again moot the controversy, by providing Plaintiff with the substantive relief sought in the complaint. Defendants anticipated that the re-submission would be complete by mid-May. However, the re-submission has not yet occurred, due to an unanticipated delay with the inter-office delivery system used to send the record from the Baltimore field office to the appellate counsel responsible

for transmitting appeals to the BIA. USCIS appellate counsel received the record of proceedings on Friday May 23, 2008, and is preparing a duplicate copy of that record. Defendants expect that the BIA will receive that reconstructed record of proceedings (which includes all material necessary to transmit the appeal) on or before May 30, 2008. Counsel for Defendants will notify counsel for Plaintiff of the transmission as soon as Defendants receive confirmation that the record has been delivered to the BIA.

During the May 5, 2008 status conference, Magistrate Judge Robinson indicated that a hearing might be necessary on the pending motion to dismiss in the event that the parties could not reach agreement on that issue prior to submitting the status report. Defendants propose that the Court schedule any hearing that it deems necessary on a date convenient to the Court. In the event that the re-submission of the record of proceedings occurs prior to the hearing, Defendants will submit a supplemental status report to apprise the Court of that factual development, and will likely renew their motion to dismiss.

Dated: May 28, 2008								Respectfully submitted,


											   /s/
											JEFFREY A. TAYLOR, D.C. BAR # 498610
											United States Attorney

											   /s/
											RUDOLPH CONTRERAS, D.C. BAR #434122
											Assistant United States Attorney

    /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 28th day of May, 2008, I caused the foregoing Status Report to be filed and served via the Court's Electronic Case Filing system upon:

**Robert L. Oswald**
BEACH-OSWALD IMMIGRATION ASSOC., P.C.
888 17th Street, NW
Suite 310
Washington, DC 20006


        /s/   *Robin M. Meriweather*
     ROBIN M. MERIWEATHER, D.C. Bar # 490114