UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLANWERAJU DENNIS OJO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:07CV01651(HHK) (DAR) |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security, et al. | ) ) ) ) |
| Defendants. | ) ) |

**MOTION TO CONTINUE STATUS CONFERENCE**

Defendants, through undersigned counsel, hereby move that the Status Conference currently set for July 15, 2008, in the above-captioned matter, be continued to occur on or after July 28, 2008. In accordance with Local Civil Rule 7(m), Defendants have contacted Plaintiff to request Plaintiff's position on this motion. Plaintiff's counsel stated that Plaintiff does not oppose the continuance, but Plaintiff wishes to address the attorney's fees issue at the status conference or another hearing.

Defendants seek a continuance because counsel for Defendants will be out of the office, in trial advocacy training at the National Advocacy Center in Columbia, South Carolina, July 14, 2008 through July 25, 2008. Accordingly, counsel for Defendants will be unable to participate in the status conference in person or by telephone on July 15, 2008. Defendants request that the status conference be continued to July 28, 2008, or a subsequent date that is convenient for the Court, should the Court conclude that a status conference remains necessary.[1] Granting this

---

[1] As will be explained in the parties' joint status report, the Board of Immigration Appeals has confirmed receipt of the appeal at issue in this mandamus case. Accordingly, the merits dispute is no longer a live controversy.

continuance should cause no prejudice to either party.

Dated: July 11, 2008                              Respectfully submitted,

                                              /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                              /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

                                              /s/
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                         )
OLANWERAJU DENNIS OJO,                   )
                                         )
       Plaintiff,                        )
                                         )
   v.                                    )  No. 1:07CV01651(HHK) (DAR)
                                         )
MICHAEL CHERTOFF, Secretary,             )
Department of Homeland Security, et al.  )
                                         )
       Defendants.                       )
_____)

**ORDER**

Upon consideration of Defendants' Consent Motion for a Continuance, it is this _____ day of _____, 2008,

ORDERED that Defendants' Consent Motion for a Continuance be and hereby is GRANTED.

It is FURTHER ORDERED that a status conference is set for:

_____.

                         SO ORDERED.

                         _____
                         United States Magistrate Judge