UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| OLANWERAJU DENNIS OJO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, Secretary, )<br>Department of Homeland Security, et al. )<br>)<br>Defendants. )<br>) | No. 1:07CV01651(HHK) (DAR) |

## JOINT STATUS REPORT

The parties, through undersigned counsel, hereby submit a status report in accordance with the Court's July 1, 2008 Minute Order. Plaintiff has received a letter from the Board of Immigration Appeals noting that the appeal at issue in this litigation has been docketed. See Exh. 1. Accordingly, the parties agree that the action that the mandamus complaint sought to compel — namely, Defendants' transmission of the appeal documents to the Board of Immigration Appeals — has now occurred. Given that Plaintiff has received the substantive relief sought in the complaint, there is no longer a live dispute regarding the merits claims raised in the mandamus complaint.

Plaintiff's desire for attorney's fees remains outstanding. Plaintiff intends to seek attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). Defendants will likely oppose the fee request, as Defendants do not believe that Plaintiff is entitled to EAJA fees in this matter.

**Further Remarks By Plaintiff:** The I-130 Appeal, which was properly filed by the Plaintiff and was received by the Defendant, the U.S. Department of Homeland Security

("DHS"), U.S. Citizenship and Immigration Services ("CIS"), on June 8, 2005.  According to Board of Immigration Appeals (BIA) this appeal was never forwarded by CIS as statutorily required.  Per Defendant's request on April 16, 2008, Plaintiff sent a copy of the I-130 appeal to CIS and requested that it be forwarded.  Defendants transmitted the appeal which was receipted by the BIA on June 16, 2008.  This resolved the merits dispute.

**Defendants' Response to Plaintiff's Further Remarks**:  USCIS forwarded the appeal to the BIA twice---in November 2007, and in May, 2008.  BIA received the second transmission of the appeal on May 29, 2008, as confirmed in the June 16, 2008 receipt notice.  Defendants deny Plaintiff's contrary statements.

Dated: July 11, 2008                             Respectfully submitted,


                  /s/                                         .
JEFFREY A. TAYLOR, D.C. BAR #  498610
United States Attorney

                  /s/                                         .
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


               /s/ Robin M. Meriweather             .
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

2

     /s/ by RMM      .
ROBERT OSWALD
DANIELLE L. C. BEACH-OSWALD
BEACH-OSWALD IMMIGRATION ASSOC.,
  P.C.
888 17th Street, NW
Suite 310
Washington, DC 20006

3



U.S. Department of Justice

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

Beach-Oswald, Danielle
888 17th Street, N.W., Ste 900
Washington, DC 20006-0000

DHS-CIS Legal Csl./LGA
26 Federal Plaza, Rm 1130
New York, NY 10278

Beneficiary: Olanrenwaju Ojo

A74-203-808

Type of Proceeding: USCIS Appeal

Date of this notice: 6/16/2008

### FILING RECEIPT FOR USCIS (DD) APPEALS

The Board of Immigration Appeals acknowledges receipt on 5/29/2008 of your appeal from a decision of the United States Citizenship and Immigration Services (USCIS). A copy of the Board's decision will be sent to you as soon as it is rendered, and the record will be returned to USCIS.

### REPRESENTATION: Important!

**If you wish to be represented by an attorney or Accredited Representative, your attorney or Accredited Representative must complete a Form EOIR-27** (Notice of Entry of Appearance as Attorney or Representative before the Board) and file it with the Board in accordance with the Filing Instructions below within 15 days of this notice, if your attorney has not done so already.

**If your attorney or representative has not filed an EOIR-27 with your signature on it, you will be considered *pro se* (representing yourself).** That means all future notices and the Board's decision will be sent directly to you at your most recent address of record. They will not be sent to your attorney or representative.

**Warning: Your appeal may be dismissed for lack of jurisdiction, unless there is a clear indication that your attorney represents you, the petitioner, and you have authorized this appeal. Only the petitioner (or carrier), not the beneficiary or a third party, may appeal the denial of a visa petition or a fine (except in limited circumstances for a self-petition battered spouse or widow).**

**The Board will not recognize a Form G-28** (Notice of Entry of Appearance as Attorney or Representative), which is used in proceedings before USCIS, and **will not** recognize a Form EOIR-28 (Notice of Entry of Appearance as Attorney or Representative before Immigration Court), which is used only in proceedings before an Immigration Judge.

74-203-808
**PLEASE NOTE:**

In all future correspondence or filings with the Board, please list the name and alien registration number ("A" number) of the case (as indicated above), as well as all of the names and "A" numbers for **each** beneficiary who is included in this appeal.

If you change your address while your appeal is at the Board, you must file a Form EOIR-33/BIA Change of Address Form with the Board within 5 business days. A copy of your Change of Address Form must be filed with the USCIS Office that has control of your file.

**FILING INSTRUCTIONS:**

If you have any questions about how to file documents at the Board, you should review the Board's Practice Manual and Questions and Answers at http://www.usdoj.gov/eoir.

Proof of service on the opposing party at the address above is required for ALL submissions to the Board of Immigration Appeals. Your certificate of service must clearly identify the document sent to the opposing party, the opposing party's name and address, and the date it was sent to them. Any submission filed with the Board without a certificate of service on the opposing party will be rejected.

**FILING ADDRESSES:**
Use of an overnight courier service is strongly encouraged to ensure timely filing. To send by courier or overnight delivery service, or to deliver in person:

Board of Immigration Appeals
Clerk's Office
5107 Leesburg Pike, Suite 2000
Falls Church, VA 22041

Business hours: Monday through Friday, 8:00 a.m. to 4:30 p.m.

To mail by regular first class mail:

Board of Immigration Appeals
Clerk's Office
Post Office Box 8530
Falls Church, VA 22041

cc: