### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| Olanrewaju Dennis OJO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:07-cv-01651-HHK-DAR |
| ) | |
| Michael CHERTOFF, Secretary, ) | |
| Department of Homeland Security, et al. ) | |
| ) | |
| Defendants ) | |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY'S FEES

Per the July 28, 2008 Minute Order of the Hon. Judge Robinson, under Fed. R. Civ. P. Rule 6(b)(1)(B), Plaintiff, by Counsel, respectfully moves the Court to grant a 30-day extension of time until August 22, 2008 to file Plaintiff's motion for attorneys' fees.

The original deadline for Plaintiff's motion for attorneys' fees was July 23, 2008. However, Counsel had been ill since the end of June 2008 and hospitalized between July 17 and 22, 2008. Hence, he was unable to prepare the motion for attorneys' fees.

The extension of time would not prejudice Defendant and would serve due process.

WHEREFORE, Plaintiff, by Counsel, respectfully moves the Court to grant a 30-day extension of time until August 22, 2008 to file Plaintiff's motion for attorneys' fees.

July 31, 2008                                          Respectfully submitted,

                                                       /s/ Robert L. Oswald_____
                                                       ROBERT L. OSWALD

## CERTIFICATE OF SERVICE

I hereby certify that on this July 31, 2008, I caused the foregoing Plaintiff's Motion for Extension of Time to File Motion for Attorneys' Fees to be filed and served via the Court's Electronic Case Filing system.

/s/ Robert L. Oswald
ROBERT L. OSWALD
*Counsel for Plaintiff*
DC Bar No. 364446
Beach-Oswald Immigration Law Associates, PC
888 17th St. NW, Suite 310
Washington DC 20006
202-331-3074

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| Olanrewaju Dennis OJO,            )<br>                                                  )<br>     Plaintiff,                              )<br>                                                  )<br>         v.                                       )<br>                                                  )<br>Michael CHERTOFF, Secretary,    )<br>Department of Homeland Security, et al.  )<br>                                                  )<br>     Defendants                          )  | Case No.: 1:07-cv-01651-HHK-DAR |

**ORDER**

    Good cause being shown, it is hereby ordered on this _____ day of _____, 2008 as follows:

    DONE and ORDERED that Plaintiff's Motion for Extension of Time to File Motion for Attorneys' Fees be –

_____ GRANTED until August 22, 2008; or
_____ DENIED.


                                                                                         _____
                                                                                         United States District Judge