UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLANWERAJU DENNIS OJO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:07CV01651(HHK) (DAR) |
| | ) |
| MICHAEL CHERTOFF, Secretary, | ) |
| Department of Homeland Security, et al. | ) |
| | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby agree that the above-captioned case be voluntarily dismissed without prejudice. Each side shall bear its own costs and fees.

_____
ROBERT L. OSWALD
DANIELLE L.C. BEACH
Beach-Oswald Immigration Law
Associates, PC
888 17th Street, NW, Suite 310
Washington, DC 20006
202.331.3074 phone
202.280.6438 fax
DBeach@Beach-Oswald.com
*Counsel for Plaintiff*

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

_____
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov
*Counsel for Defendants*